# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00687-CV

### R. C. C. and N. T., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 274TH DISTRICT COURT OF HAYS COUNTY**
**NO. 19,1739, THE HONORABLE DWIGHT E. PESCHEL, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellants R. C. C. and N. T. filed their notices of appeal on December 27, 2021. The appellate record was complete on February 16, 2022, making appellants' briefs due on March 8, 2022. On February 28, 2022, counsel for R. C. C. filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Art Guzman and Karen McRae to file appellants' briefs no later than March 16, 2022. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on March 3, 2022.

Before Justices Goodwin, Baker, and Triana